## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Abdiaziz A. D., | Civ. No. 20-1218 (PAM/BRT) |
| Petitioner, | |
| v. | **ORDER** |
| William Barr, Kevin McAleenan, Thomas Homan, Peter Berg, Kurt Freitag, | |
| Respondents. | |

IT IS HEREBY ORDERED that:

1.      Respondent is directed to file an answer to the petition for a writ of habeas corpus of Abdiaziz A.D. within **30 days** of this order certifying the true cause and proper duration of Abdiaziz's confinement and showing cause why the writ should not be granted in this case.

2.      Respondent's answer should include:

    a.      Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Abdiaziz's incarceration, in light of the issues raised in the petition;

    b.      A reasoned memorandum of law and fact fully stating respondent's legal position on Abdiaziz's claims; and

    c.      Respondent's recommendation on whether an evidentiary hearing should be conducted in this matter.

2

3.     If Abdiaziz intends to file a reply to respondent's answer, he must do

so within **30 days** of the date when the answer is filed.  Thereafter, no further

submissions from either party will be permitted, except as authorized by Court order.

4.     Abdiaziz's application to proceed *in forma pauperis* (**Doc. No. 2**) is

**GRANTED**.


Dated: May 21, 2020                        *s/ Becky R. Thorson*
                                           BECKY R. THORSON
                                           United States Magistrate Judge